LAW OFFICES OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
(214) 761-6614

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND JURY DEMAND**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Virginia Stone (Plaintiff)

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e. administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Alabama

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Alabama

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Alabama

7. District Court and Division in which venue would be proper absent direct filing:

   <u>U.S. District Court – Northern District of Alabama (Birmingham) division</u>

8. Defendants (check Defendants against whom Complaint is made):

   ☒ C.R. Bard Inc.

   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   ☐ Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is (are) making a claim (check applicable Inferior Vena Cava Filter(s)):

    ☒ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

    ☐ G2® Express (G2® X) Vena Cava Filter

    ☐ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

    ☐ Denali® Vena Cava Filter

    ☐ Other: _____

11. Date of implantation as to each product:

    <u>April 6, 2005</u>

    _____

12. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I: Strict Products Liability – Manufacturing Defect

– 2 –

☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)

☒ Count III: Strict Products Liability – Design Defect

☒ Count IV: Negligence - Design

☒ Count V: Negligence - Manufacture

☐ Count VI: Negligence – Failure to Recall/Retrofit

☒ Count VII: Negligence – Failure to Warn

☒ Count VIII: Negligent Misrepresentation

☒ Count IX: Negligence *Per Se*

☒ Count X: Breach of Express Warranty

☒ Count XI: Breach of Implied Warranty

☒ Count XII: Fraudulent Misrepresentation

☒ Count XIII: Fraudulent Concealment

☐ Count XIV: Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☒ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 4th day of January, 2019.

                                    **LAW OFFICES OF BEN C. MARTIN**

By:   */s/ Ben C. Martin*
        Ben C. Martin (TX I.D. No. 13052400)
        bmartin@bencmartin.com
        Thomas Wm. Arbon (TX I.D. No. 01284275)
        tarbon@bencmartin.com
        3710 Rawlins Street, Suite 1230
        Dallas, TX  75219
        Telephone: 214.761.6614
        Facsimile: 214.744.7590

        **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of January, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Ben C. Martin*
Ben C. Martin